IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BERKSHIRE ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. AMD01-CV-2607 |
| v. ) | |
| ) | |
| DAVID COHEN ) | |
| ) | |
| Defendant. ) | |

\* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Parties' Joint Motion for Extension of the Temporary Restraining Order, it is this __10th__ day of September, 2001, ORDERED that:

The Temporary restraining order entered in the case on August 30, 2001, shall remain in full force and effect until the hearing on Berkshire's motion for a preliminary injunction, scheduled for September __26th__, 2001, at __10:00 A.M.__

SO ORDERED this __10th__ day of September, 2001.

_____
Andre M. Davis
United States District Judge