IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BERKSHIRE ASSOCIATES, INC. | ) |
| Plaintiff, | ) |
| | ) Case No. AMD01-CV-2607 |
| v. | ) |
| DAVID COHEN | ) |
| Defendant. | ) |

\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Parties' Second Joint Motion for Extension of the Temporary Restraining Order, it is this 25th day of September, 2001, ORDERED that:

The Temporary restraining order entered in the case on August 30, 2001, shall remain in full force and effect until the hearing on Berkshire's motion for a preliminary injunction, scheduled for October 18, 2001, at 10:00 AM.

SO ORDERED this 25th day of September, 2001.

_____
Andre M. Davis
United States District Judge