FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 17  P 4: 23

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BERKSHIRE ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. AMD01-CV-2607 |
| v. ) | |
| ) | |
| DAVID COHEN ) | |
| ) | |
| Defendant. ) | |

\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Parties' Third Joint Motion for Extension of the Temporary Restraining Order, it is this 17th day of October, 2001, ORDERED that:

The Temporary Restraining Order entered in the case on August 30, 2001, shall remain in full force and effect until the hearing on Berkshire's motion for a preliminary injunction, scheduled for December 14 ~~November~~ ___, 2001, at 11:00 A.M.

SO ORDERED this 17th day of October, 2001.

_____
Andre M. Davis
United States District Judge