UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

November 27, 2001

MEMORANDUM TO COUNSEL RE:   Berkshire Associates, Inc. v. Cohen
Civ. No. AMD 01-2607

It appears that the December 14, 2001, date for a possible preliminary injunction hearing is now problematic. In any event, having not heard from you since the last rescheduling, I have inferred that your efforts at compromising the claims here are bearing fruit, or are likely to bear fruit presently.

Accordingly, I am removing from the calendar the preliminary injunction hearing previously set for December 14, 2001. If I have misread the circumstances, please contact my secretary immediately so that the hearing might be promptly reset. Otherwise, please let me have a joint status (with a proposed hearing date in January or February if one is needed) on or before December 7, 2001.

Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file