IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| BERKSHIRE ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| | * | Case No. AMD01-CV-2607 |
| v. | * | |
| DAVID COHEN | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \*

## STIPULATED CONSENT ORDER

It is hereby stipulated and agreed by the parties to the above-captioned matter, through their undersigned attorneys, as follows:

1.  Definitions:

    a.  As used herein, the term "affirmative action" is not limited to the area of affirmative action plans or programs based on race, but includes any affirmative action plan or program which an employer may develop, implement, assess, or be audited upon, which includes affirmative action plans or programs based on race, gender, disability or veteran status. "Affirmative action" may include plans or programs involving audits and analyses of salary equity.

    b.  As used herein, the terms "client" and "customer" are used interchangeably and mean all persons and entities on the attached certified list.

2.  Except as may otherwise be agreed upon in writing by the parties, until March 16, 2003, David Cohen ("Cohen") is hereby enjoined and restrained from providing, through DCI Consulting, Inc. or otherwise, to the customers or clients of Plaintiff Berkshire Associates, Inc. named on the attached list, any a) affirmative action software support, b) affirmative action software development; c) affirmative action plan preparation; or d)

affirmative action consulting and/or training.

3. Until March 16, 2003, Cohen is hereby enjoined and restrained from directly or indirectly contacting, soliciting, or responding to contacts from, any Berkshire employee while such Berkshire employee is employed with Berkshire with regard to employment outside of Berkshire, whether on Cohen's own behalf, or on behalf of any other entity or person.

4. Beginning on March 31, 2002, and continuing through March 31, 2003, Cohen will provide quarterly written affirmations to Berkshire that he is in compliance with all provisions in this Order and in the Settlement Agreement and Release between the parties and that he has not violated any provision of this Order or the Settlement Agreement and Release in the preceding quarter. Such affirmations shall be made by Cohen under the penalty of perjury.

5. The Complaint filed by Berkshire and all claims contained therein are hereby dismissed with prejudice.

6. This Order shall survive the dismissal of the Complaint, and the Court shall retain jurisdiction to resolve any dispute concerning this Order.

7. The Clerk of this Court shall Administratively Close this case subject to reopening pursuant to further Order of this Court upon the application (by April 30, 2003) of any party hereto based upon an alleged violation of this Order or for other good cause.

8. The Clerk of this Court shall send copies of this Order to the parties or their counsel of record.

SO ORDERED this 13th day of February, 2002.

Andre M. Davis
United States District Judge

FORM OF ORDER APPROVED
AND ENTRY REQUESTED

*Christine P. D'Elicio* /CBV

Ronald W. Taylor, Esquire, Bar No. 03890
Christine P. D'Elicio, Esquire, Bar No. 25505
Venable, Baetjer & Howard LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Counsel for Plaintiff, Berkshire Associates, Inc.

*Clifford B. Geiger*

Clifford B. Geiger, Esquire, Bar No. 22301
Kollman & Saucier, P.A.
8th Floor, Sun Life Building
20 South Charles Street
Baltimore, Maryland 21201-3225

Counsel for Defendant, David Cohen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| BERKSHIRE ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| | * | Case No. AMD01-CV-2607 |
| v. | * | |
| DAVID COHEN | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATION OF DAWN HYDE

I, Dawn Hyde, the undersigned, do hereby certify that, to the best of my knowledge and belief, the attached client list is a true and correct copy of clients and customers to whom Berkshire Associates, Inc. sold products or provided services during the period of David Cohen's employment with Berkshire.

The foregoing certification is made under the penalties of perjury.

Executed this 25th day of January, 2002.

_Dawn S. Hyde_
Dawn Hyde

**Client Name**

A&T Systems Inc.
AAI Corporation
AB Technologies
Abbott Laboratories
ABC Rail Corporation
ABMB Engineers Inc
ABS Group of Companies
Academy for Educational Development
ACNielsen
Acorn Food Services
ACS Government Solutions Group
Adroit Systems
Adtranz
Advance Bank
Advance Med
Advanced Communication Systems (SEMCOR)
Advocate Healthcare
Allegis (& subsidiaries)
AINS
Air Conditioning Company Inc.
Airlines Reporting Corporation
Akin, Gump, Strass, Hauer & Feld, LLP
Alcatel Networks, Inc.
Allfirst
Alliance
Allied Signal
Allied Technology Group Inc.
Alpharma
Alstom Automation System Corp
Alston & Bird LLP
American Equipment Company
American Express LA
American Institute of CPA
American Italian Pasta Company
American Medical Laboratories
American Pres. Lines LTD
American Psychological Association
American Red Cross Maryland
American Red Cross-South Carolina
American Service Contractors
American Society  Training & Development
American Systems Corporation
American Type Culture Collection
American University
AmeriGas Propane
AmerInd
AMSC
AmSouth Bank
Anne Arundel Community College
Anne Arundel Health Systems Inc.
Antrim Corporation
Aon Corporation
Applied Physics Laboratory-JHU
Arbor Consulting Group, Inc.

Argonne National Laboratory
ARINC
Art Litho Company
Artesia Technology
ASCG Inc.
ASE, Inc.
Associate Pathologist Laboratories
Associated Electric Co-op Inc.
Association of American Medical Colleges
Atlantic Aerospace Electronics Corp.
Attachmate Corporation
Austin Semi-Conductors
Autometric Incorporated
Averitt Express
Avis Rent A Car
Axent Technologies
BAE Systems (all Subsidiaries)
Baltimore Aircoil Company
Baltimore Medical System, Inc.
Bank Atlantic
Bank of Glen Burnie
Bank of Newport
Banta Healthcare Products
Banta Packaging & Fulfillment Division
Banta Publications Group
Bauer Compressors
Baylor College of Medicine
Bayside Automation, LLC
Baystate Health System
BCH Mechanical Inc.
Bethlehem Steel Corp.
BIC Corporation
BISYS, Inc.
Black & Decker (inc subsidiaries)
Blackwell's Information Services
Blue Coral Slick 50 Ltd
Bodycote Hinderliter
Boeing Information Systems
Bonneville International
Bosek, Gibson & Associates, Inc.
BP Amoco Corporation
Brodart Company
Brookhaven National Laboratory
Brush Wellman Inc.
Burke & Herbert Bank
C & H Sugar Company
Cable & Wireless USA, Inc.
CAE Electronics
Cambridge Technology Partners
Canam Steel Corporation
Cape Environmental Management, Inc.
Capital Health Services, Inc.
Caraustar
Carborundum Abrasives North America
CARE USA
CareFirst BlueCross BlueShield

Carnegie Mellon University
Carolina Culinary Foods
Carrollton Bank of Baltimore
Casi-Rusco Interlogix Inc
Catholic Healthcare West
Cephalon, Inc.
Cessna Aircraft Company
CH2M Hill
Charles Craft Incorporated
Charles Machine Works, Inc.
Chem Met Government Services
Chemonics International
Chevy Chase Bank
Children's Hospital of LA
Children's Hospital of Philadelphia
Choctaw Manangement Services Enterprise
CIBA Specialty Chemicals
CIENA Corporation
CISglobal
Citizens National Bank
Citizens Utilities Company
City of Garland Texas
City of Portland- Multnomah County
City of Springfield
Clemson University
Club Car, Inc
CMS Information Services Inc.
CNSI
Colsa Corporation
Columbia Bank
Columbia Gas of Ohio
Columbus State University
Commercial & Farmers Bank
Commercial Credit Company
Commercial Testing & Engineering
Commonwealth One Federal Cr Union
Community Colleges of Baltimore County
Community House Services
Computer Data Systems Inc.
Computer Systems Center, Inc.
Conservation International
Constellation Energy Group (BGE)
Crawford & Company
Creighton University
CSHQA Architects/Engineers
Cummins-Wagner Co.,Inc.
Cutler-Hammer
Cytec Industries (including CONAP & Fiberite)
D.C. Chartered Health Plan
Danaher Tool Group
Datex Ohmeda
Davis Memorial Goodwill Industries
Dean & Company
Decision Consultants, Inc.
Decision Strategies/Fairfax International
Degen Kolb Engineers
DEI Security

Deknatel Products Group
Denro
Detroit Medical Center
Dewberry & Davis
Dickstein, Shapiro, Morin & Oshinsky
Diesel Technology Company
Digene Corporation
Digital Support Corporation
Dimensions International
Diversey Lever
Downtown Partnership of Baltimore
DPC Technologies
Drake Beam & Morin
DynCorp (& subsidiaries)
DynMcdermott
E A Engineering Science & Technology
East Carolina University
Eaton Corporation
Economic Research Services
Edison Chouest Offshore, LLC
EIS International
Ellison Educational Equipment, Inc.
Emergent Information Technolgies Inc
EMG
EMSI
Endress & Hauser
ENSCO, Inc.
Environmental Technologies Group
Equistar Chemicals, LP
Ericsson Wireless Communication
Ericsson, Inc.
Essential Technologies, Inc.
ETM Enterprises, Inc.
Exchange Applications
Exelon Generation
Exelon Nuclear
Farmers & Mechanics National Bank
Farmers & Merchants Bank- Eastern Shore
FCNB Corporation
Federal Home Loan Bank of Des Moines
Federal Realty Investment Trust
Fenn Manufacturing
Ferguson Enterprises Inc.
Fila USA, Inc.
First Bank and Trust Co
First Data Merchant Services
First DataBank
First National Bank of Athens
First Virginia Services, Inc.
Flad Affiliated Corporation
Fleming Companies, Inc.
Florida Power & Light Co.
Flowserve Corporation
Fort Valley State College
Framatome Technologies
Franklin Square Hospital
Fredericktown Bank

Fuji Photo Film, Inc.
Futron Corp.
Gannett Company, Inc.
Garlock Bearings Division BF Goodrich
Gemini Air Cargo
General Mills
General Physics Corporation
General Security Services
Genex Services Inc.
Genzyme Surgical Products
Geologics Corporation
Georgia Southwestern State University
Georgia State University
Gerber Products Company
Gibbs Die Casting Corporation
Gibraltar Steel Corporation
Gifford-Hill & Company
Gilmour Manufacturing
GNB Technologies
Golden Genesis Company
Goldschmidt Chemical Corporation
Good Humor
Goodwill Industries of the Chesapeake, In
Goody Products
Gorton's
GRC International Inc.
Great Lakes Gas Transmissions Co.
GreatBank
Green Mountain Power Corp.
Greenwich Capital Markets, Inc.
Griffin Wheel Company
Grumman Olson Industries
GTS Duratek
Guardent
Guilford Pharmaceuticals Inc.
H. Lee Moffit Cancer Center
Hadron, Inc.
Hagerstown Goodwill Industries, Inc.
Hancock County Sheltered Workshop Inc
Harcourt Corporation (all subsidiaries & affliates)
Harrisburg Area Community College
Hazel & Thomas
Health Systems Research Inc.
Hendrickson Trailer
Hershey Entertainment & Resorts
Hershey Foods Corporation
Hi Temp Insulation, Inc.
HJ Ford
Hollister Incorporated
Home Health Corporation
Horne Engineering
Horton Medical Center
Howard Hughes Corporation
Human Resources Administrative Services,
Hunter Fan Company
IDC
IIT Research Institute

Illinois Tool Works (ITW-all subsidiaries)
IMCI Technologies
Imperial Software
IMS Health
Industrial Distribution Group
Information Network Systems Inc.
Information Spectrum
Infrastructure Defense
Inner-Tite Corporation
Innolog
Institute for International Educ.
Integrated Systems Analysts, Inc.
Intelsat
International Resources
Intersolv
Intracel Corporation
Iowa State University
IQ Solutions
Iron Mountain Incorporated
Isogon Corporation
ISP Chemicals Inc.
ITEQ
ITS Services Inc.
J.W. Burress, Inc.
Jackson Municipal Air Authority
Jet Form Corporation
JLG Industries
John Mansville Corporation
Johns Hopkins Bay View Medical Center
Johns Hopkins Hospital
Johns Hopkins Medical Services Corp
Johnson & Towers
Jouan Inc.
K & L Microwave
K & M International, Inc.
Kaiser Permanente
Kane Company
Kaneb Information Technologies
Kansas State University
Kanthal
KC Electro-Mechanical, Inc.
Kemet Electronics Corporation
Kulicke & Soffa Industries
Kutak Rock LLP
La Barge Electronics
Landmark Bank Co, N. A.
Lapham-Hickey Steel
Leo Burnett Company
Lexecon
LifeCell Corporation
Life's Work of Western PA
Litton PRC
Lockhead Martin (formerly COMSAT)
Logicon Commercial Information Services
Logicon- DPC Technologies
Logicon Sterling Federal
London and Mead

Louis Berger International
M.S. Aerospace
MAC
Manitowac Company, Inc.
MapQuest.com
MARCOR Management Systems, Inc.
Market Facts Inc.
Marymount University
Mason & Hanger Corp.
MBNA America
McAllister Towing
McConway & Torley
McCook Metals
McDonough Bolyard Peck, Inc.
McNeil Specialty Products
Medical College of Georgia
MedImmune, Inc.
MELE Associates
Mellon Bank (& subsidiaries)
Melwood
Mercantile Safe Deposit and Trust Co.
Metro Washington Council of Governments
Mettiki Coal, LLC
Micro Motion
Mid Atlantic Medical Services Inc.
Mid-Atlantic Federal Credit Union
Miller & Chevalier, Chartered
Mindbank Consulting Group
Minitab Inc.
Montgomery College
Mountain State BCBS
Murata Electronics
NACHA- The Electronic Payments Assoc.
National Academy of Science
National Aquarium in Baltimore
National Penn Bank
National Technical Team
Nature Conservancy
Navigant Consulting, Inc.
Nazareth National Bank
NET2000
Neutral Posture Ergonomics, Inc.
New World Pasta Company
New York Blood Center
New York Public Library
New Zealand Milk Products
Newbridge Networks
NLB Corporation
North Carolina State University
Northwest Pipe Company
Norton Company
Nova Care, Inc.
Oak Tree Packaging Corp. (formerly Am. Pkg. Corp.)
ObjectSpace, Inc.
Ogilvy Public Relations Worldwide
Ohmeda
Oles Envelope Corporation

Omega Financial Corporation
Omniplex World Services
O'Neal Steel, Inc.
Opinion Research
Organization Resources Counselors, Inc.
Orion Power Holdings, Inc.
Orndorff & Spaid, Inc.
OSI Industries, Inc.
OSICOM Technologies
P.B. & S. Chemical Company, Inc.
Pace, Inc.
Pacific Gas & Electric Co.
Pacific Inst. for Research & Evaluation
Pacific Environmental Services
Packaging Coordinators Inc.
Pangborn Corporation
Parker Hannifin Electronics Systes Divisi
Parkway Corporation
Parsons Corporation
Pathfinder International
Paulo Products Company
Peak Technologies
PECO Energy
Peninsula Bank
Penn State Gesinger Health System
Pennsylvania Steel Technologies, Inc
Pennzoil- Quaker State Company
Perkin Elmer-Fluid Sciences
Perot Systems Heathcare Services
Phelps Dunbar
Philadelphia Gas Works
Phoenix Management
Piezo Technology Inc.
Piper & Marbury
Pitney Bowes.
Planning Consultants, Inc.
Pogo Producing Company
Pointe Bank
Porter Novelli Inc.
Potomac Electric Power Company
Premier Technology Group
Prentiss Properties
Presidio Corporation
PRIMUS Technologies Corp.
Priority One Services, Inc.
Pro Staff
Prospect Associates
Provident Bank of Maryland
PTI
Pulse Engineering
Quadritech
Quaker State Oil Co
Quartet Manufacturing Company
Radford University
Radiologix
Rainier Pacific
RDR Inc

Rental Tools & Equipment Co., Int'l
Research Inc.
Restek Corporation
RGII Technologies
Rice University
Richmond Goodwill Industries, Inc.
Robert Bosch Corporation
Rochester City School District
Rouse Company
Ruger Investment Casting
RWD Technologies
S & R Equipment Co.,Inc.
S.J. Bashen Corporation
Sallie Mae
Samson Investment Company
Sandy Spring National Bank of MD
Sarnoff Corporation
SCANA
Schaller Anderson of Maryland, LLC
Schroeder Industries
Scientific Research Corporation
Scotsman Industries, Inc.
Scripps Clinic Medical Group
SEI, Inc.(aka Shenandoah Electronic Intelligence Inc.)
Seiko Instruments USA Inc.
Sensytech
Severn Trent Laboratories
Shands Healthcare
Shands Jacksonville
Sherikon Space Systems Inc.
SI International
SI Systems
Siemens Building Technologies, Inc.
Siemens Electromechanical
Sierra Microwave Technology
Sitel Corporation
SM&A Corporation
SMA Equipment
Snohomish County
Sodexho Marriott Services, Inc.
Solipsys Corporation
Somerset Valley Bank
South Carolina Department of Public Safet
Southern Union Company
Southworth International Group
Space Applications Corp
Space Telescope Science Institute
Spartan School of Aeronautics
Sprintank
St. Lawrence NYSARC Inc.
Standard Technology Inc.
Stanfield Consulting, Inc.
Stanford Telecommunications, Inc.
Stanley Associates, Inc.
Stantec Consulting
State Highway Administration
Staveley Services North America, Inc.

**Steelcloud**
**Sterling Software**
**Steven Meyer's & Assocites**
**Stith Equipment**
**Stratus Consulting Inc.**
**Strine Printing Company**
**Sturm,Ruger and Co., Inc.**
**Sunquest Information Systems, Inc.**
**Susquehanna Pfaltzgraff**
**Sybase Inc.**
**SYSCO Corporation**
**SYSCOM Inc.**
**Systems Integration Group Inc.**
**Sytel, Inc.**
**Sytex**
**Syzygy**
**Talbot Bank**
**Tampa Electric Company (& subsidiaries)**
**Tate & Lyle (formerly AE Staley)**
**Taylor Employment Resources**
**Teacher Retirement System of Texas**
**Tech Data Group**
**Tekno, Inc.**
**Telespectrum Worldwide Inc.**
**Tetra Tech EM Inc.**
**TEVA Pharmaceuticals**
**Texas American Food Service**
**The Dial Corporation**
**Time Warner Cable**
**Titan Corporation - Validity Division**
**Titan Systems Group**
**Toshiba**
**Total Office - Division of Baltimore Stat**
**Total Office Interiors**
**Towson University**
**Tracor Aerospace, Inc.**
**Tran Tech**
**Trandes Corporation**
**TransCore**
**Transition ManagementServices**
**Travelers Bank**
**TRI-COR Industry Inc**
**Trident Systems Inc.**
**Tritel Communications, Inc.**
**Troutman Sanders LLP**
**TSI TelSys Inc.**
**TYC Associates, Inc.**
**Unilever**
**Union National Bank**
**Uniqema**
**United Banc Shares**
**United Bank**
**United Health Services Hospitals**
**Unitil Corporation**
**University Medical Center**
**University of California- Irvine**
**University of Connecticut Health Center**

University of Kansas
University of Kansas Medical Center
University of Maryland at Baltimore
University of Maryland--Eastern Shore
University of MD- College Park
University of Northern Iowa
University of South Florida
UPMC Health System
US Business Interiors
US Foodservice-Columbia
US Naval Institute
US Office Products
User Technology Assocs., Inc. (UTA)
Valdosta State University
Valley Innovative Services
Vela Research
Venable, Baetjer & Howard
Ventera
Verizon Wireless
Vermont American Corporation
VIPS, Inc.
Vista Eyecare, Inc.
Vocational Training Center
VPI Mirrex Corporation
VSE Corp.
W.R. Grace & Co. - Conn.
Walmart Stores Inc.
Warden Associates, Inc.
Warner Bros.
Washington Gas
Washington Music
Washington Suburban Sanitary Commission
Waste Management
Watson Wyatt Worldwide
Weck Closure Systems
West Bend Company
West TeleServices Corporation
Westchester County EEO/AA Office
Western Farmers Electric Cooperative
Whole Health Management
Wiley, Rein & Fielding
William Paterson College
Williams- JM
Wilmington Trust
Wine Group
World Wide Technology
XiTech Corporation
Yurie Systems, Inc.
Zenith Electronics Corporation